JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,  )<br>                                          )<br>          Plaintiff,                        )<br>                                          )<br>     v.                                   )<br>                                          )<br>DOUGLAS YERKES, et al.,        )<br>                                          )<br>          Defendants.                )<br>                                          ) | Case No. CV 14-5161 FMO (SHx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motion, IT IS ADJUDGED that plaintiff Allstate Indemnity Company's Motion for Summary Judgment **(Document No. 24)** is **granted**. The court finds that the 1992 Honda Accord at issue does not qualify as an "insured auto" under defendant Douglas Yerkes' Allstate insurance policy (No. 000934192711). Accordingly, plaintiff is not obligated to indemnify defendant under his policy for any judgment that may be entered against him in the Case No. 56-2013-00433450 in the Ventura County Superior Court. The action is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 20th day of April, 2015.

                                                              /s/
                                                    Fernando M. Olguin
                                                United States District Judge